IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-cv-80928-

FAIR HOUSING CENTER OF THE
GREATER PALM BEACHES, INC.,

       Plaintiff,

vs.

FONTANA PROPERTIES CONDOMINIUM
ASSOCIATION, INC.; ELIZABETH
HARDWICK, RPH PROPERTY MANAGEMENT
PALM BEACH, INC.; and RICHARD P. HALLETT,

       Defendants.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PRIJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Signed this 21st day of June, 2019.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct cop of the foregoing was sent by E-Mail on this 19th day of June 2019, to the parties on the attached Service List.

.

**Fields Legal, LLC**
*Attorney for Defendants*  By: S/ Joseph R. Fields, Jr
**Joseph R. Fields, Jr., Esquire**
Florida Bar No. 0654698
1818 S. Australian Avenue, Suite 250
West Palm Beach, FL  33409
Telephone:  561/832-5655
Facsimile:  561/277-0003

Primary: J.Fields@JFieldsLegal.com
Secondary: S.Ring@JFieldsLegal.com

E. Lesleigh Varner, Esq.
FBN: 22096
Email: varnerlaw@gmail.com   Varner
Law Firm, P.A.
1818 South Australian Avenue, Suite 406
West Palm Beach, FL 33409
Telephone: 561/906-3250
Counsel for Plaintiff

W. Craig Lawson, Esq.
FBN: 079103
Email: craig@craiglawsonlaw.com
1880 N. Congress Avenue
Suite 200
Boynton Beach, FL 33426
Telephone: 561/374-8624
Co-Counsel for Plaintiff

**DEFENDANT, ELIZABETH HARDWICK'S REQUEST TO PRODUCE TO PLAINTIFF**